## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:22-mj-00049 |
| | ) |
| **DESI HENRY JR.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

**BEFORE THE COURT** are the following motions: (1) Government's motion to dismiss the complaint without prejudice in the interest of justice, ECF No. 21; and (2) Defendant's motion for joinder of Government's motion to dismiss and to secure transportation for indigent Defendant from MDC Guaynabo to St. Thomas through the U.S. Marshalls Service ("USMS"), ECF No. 22. After careful consideration and review, it is hereby

**ORDERED** that the Government's motion to dismiss at ECF No. 21, is **GRANTED;** it is further

**ORDERED** that the Complaint in this case is **DISMISSED without prejudice;** it is further

**ORDERED** that the USMS shall make arrangements to transport Defendant back to St. Thomas.

**Dated:** August 26, 2022         /s/   *Robert A. Molloy*
                                          **ROBERT A. MOLLOY**
                                          **Chief Judge**